**Opinion issued January 14, 2020**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00291-CV

————————————

## GEORGE D. LABLANCHE, Appellant

## V.

## NATIONAL COLLEGIATE STUDENT LOAN TRUST 2017-4, Appellee

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1105352

## MEMORANDUM OPINION

Appellant, George D. LaBlanche, has failed to timely file a brief. *See* TEX. R.

APP. P. 38.6(a). After being notified that this appeal was subject to dismissal,

appellant has not responded. *See* TEX. R. APP. P. 38.8(a), 42.3(b), (c). And, based on

appellant's failure to file a brief and failure to comply with a notice from this Court's Clerk requesting a response, appellee, National Collegiate Student Loan Trust 2017-4, has filed a motion to dismiss the appeal or, alternatively, to affirm the trial court's judgment. *See* TEX. R. APP. P. 38.8(a), 42.3(b). More than ten days have passed, and appellant has not responded to the motion. *See* TEX. R. APP. P. 10.1(b), 10.3(a).

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution for failure to file a brief. *See* TEX. R. APP. P. 42.3(b), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.